IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAZEL FINNY,

    Plaintiff,

                                      CASE NO.:

-VS-

BANK OF AMERICA CORPORATION,

    Defendants.
_____/

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here.

### PARTIES

4. Plaintiff, HAZEL FINNY, is a natural person over the age of 18 who resides in the City of Pinellas Park, County of Pinellas, State of Florida.

5. Defendant, BANK OF AMERICA CORPORATION (hereinafter "BOA") is a national banking institution which operates from an address of 100 N. Tryon St., Charlotte, NC 28255.

### FACTUAL ALLEGATIONS

8. In October, 2013 Plaintiff began receiving text messages from BOA with information on an account (************5597) that did not belong to Plaintiff.

9. Plaintiff never expressly consented to BOA'S placement of unsolicited spam text messages to her cell phone.

10. In October, 2013, Plaintiff called and spoke with an agent of BOA and requested they stop sending her text messages in regards to the unknown account.

11. Despite requesting the text messages to cease the text messages would continue unabated.

12. The constant unsolicited text messages from BOA even after being instructed to cease sending them indicates that BOA either knowingly and/or willfully violated the TCPA.

13. Plaintiff received a text from BOA from telephone number 646-472-9390 on October 22, 2013; October 23, 2013; October 24, 2013; October 25, 2013, October 26, 2013; October 27, 2013; October 28, 2013; October 30, 2013; October 31, 2013; November 1, 2013; November 2, 2013; November 4, 2013; November 5, 2013; November 6, 2013; November 7; November 8, 2013; November 9, 2013; November 10, 2013; November 11, 2013; November 12, 2013; November 13, 2013; November 14, 2013; November 15, 2013; November 16, 2013; November 17, 2013; November 18, 2013; November 19, 2013; November 21, 2013; November 22, 2013; November 23, 2013; November 24, 2013; November 25, 2013; November 26, 2013; November 27, 2013; November 28, 2013;  November 29, 2013; November 30, 2013; December 1, 2013; December 2, 2013.

14. All conditions precedent to the filing of this action have occurred.

## CAUSES OF ACTION

### COUNT I

### VIOLATIONS OF THE TCPA

### 47 U.S.C. § 227

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. Defendant, BOA, repeatedly placed unsolicited non-emergency text messages to Plaintiff's cellphone without Plaintiff's prior consent in violation of federal law, including 47 U.S.C. § 227(b)(1)(B).

**WHEREFORE**, Plaintiff respectfully request judgment be entered against Defendant for damages, costs, interest, attorney fees and any other such relief this Honorable Court deems appropriate in the spirit of Justice.

_____
Jared Michael Lee, Esquire
Morgan & Morgan, P.A.
20 N. Orange Ave
Orlando, FL 32801
Tele: (407) 420-1414
Fax: (407) 245-3485
Florida Bar #: 0052284
Attorney for Plaintiff
JLee@ForThePeople.com
JMLPleadings@ForThePeople.com