IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAZEL FINNY,

   Plaintiff,

CASE NO.: 8:14-cv-00577-SCB-TBM

-VS-

BANK OF AMERICA CORPORATION,

   Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HAZEL FINNY, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, BANK OF AMERICA CORPORATION have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 13th day of August, 2014.

                                                Respectfully Submitted,

                                               */s/Jared M. Lee*
                                               Jared Michael Lee, Esquire
                                               Morgan & Morgan, P.A.
                                               20 N. Orange Ave., Suite 1600
                                               Orlando, FL 32801
                                               T: 407-420-1414
                                               F: 407-245-34858
                                               JLee@ForThePeople.com
                                               Florida Bar #:  0052284
                                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of August, 2014, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF filing system, which will provide an electronic copy of this notice to all counsel of record.

                                                */s/Jared M. Lee*
                                               Jared Michael Lee, Esquire