IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAZEL FINNY,

   Plaintiff,

-VS-                                    CASE NO.: 8:14-cv-00577-SCB-TBM

BANK OF AMERICA CORPORATION,

   Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, HAZEL FINNY., and the Defendant, BANK OF AMERICA CORPORATION, by and through the undersigned and hereby stipulate and agree that that this case has been settled and should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs.

DATED this 28th day of August, 2014.


| /s/ Jared M. Lee | /s/Marc T. Parrino |
|---|---|
| JARED MICHAEL LEE, ESQUIRE | MARC T. PARRINO, ESQUIRE |
| **MORGAN & MORGAN, P.A.** | **LIEBLER, GONZALEZ & PORTUONDO** |
| 20 North Orange Avenue | Courthouse Tower - 25th Floor |
| Suite 1600 | 44 West Flagler Street |
| Orlando, FL 32801 | Miami, FL 33130 |
| Tel: (407) 420-1414 | Tel: (305) 379-0400 |
| Fax: (407) 245-3485 | Fax: (305) 379-9626 |
| Florida Bar #: 0052284 | Florida Bar No. 18197 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| jlee@forthepeople.com | mtp@lgplaw.com |